# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO
# DISTRICT COURT

STATUS CONFERENCE AND ORDER TO SHOW CAUSE HEARING:

| | |
|---|---|
| District Judge: B. Lynn Winmill | Date: October 5, 2022 |
| Deputy Clerk: Jamie Gearhart | Location: Pocatello/Telephonic |
| Reporter: Tammy Hohenleitner | Time: 10:32 – 10:55 a.m. |

## UNITED STATES OF AMERICA v. MICAH MONROE ARGYLE
Case Number: 4:11-cr-248-BLW

Counsel for Government: Jack Haycock
Counsel for Defendant: Steven Richert (stand-by counsel)
Probation: Jeremy Hansen

The Court recited the expectations and rights of the defendant while on supervised release.

The Court discussed the terms and conditions of supervised release.

N. Kelly Hoang appeared before the Court telephonically. Ms. Hoang assured the Court she will not communicate or intervene with the defendant's probation officer and Mr. Argyle's supervision.

The issues raised in the Order to Show Cause were taken under advisement.